# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                          Chapter 13

      WAYNE R. HAMMOND                    Bankruptcy No. 20-11562-ELF
      JENNIFER  L. HAMMOND
      3748 CEDAR CREST ROAD

      BENSALEM, PA 19020-

          Debtor

## CERTIFICATE OF SERVICE

      **AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

    **Debtor(s), at the address listed, by first class mail.**
        WAYNE R. HAMMOND
        JENNIFER  L. HAMMOND
        3748 CEDAR CREST ROAD

        BENSALEM, PA 19020-

    **Counsel for debtor(s), by electronic notice only.**
        JOHN M KENNEY
        308 N OXFORD VALLEY RD

        FAIRLESS HILLS, PA 19030-

    **Counsel for the United States Trustee, by electronic notice only.**
        Office of the U.S. Trustee
        Eastern District of Pennsylvania
        833 Chestnut Street, Suite 500
        Philadelphia, PA  19107

Date: 5/7/2020                                                      /s/ William C. Miller

_____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee