## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Jennifer L. Hammond<br>Wayne R. Hammond | | |
| Debtor(s) | | CHAPTER 13 |
| PENNSYLVANIA HOUSING FINANCE AGENCY,<br>its successors and/or assigns | | |
| Movant | | |
| vs. | | NO. 20-11562 ELF |
| Jennifer L. Hammond<br>Wayne R. Hammond | | |
| Debtor(s) | | |
| William C. Miller Esq. | | |
| Trustee | | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Objection to Confirmation of PENNSYLVANIA HOUSING FINANCE

AGENCY, which was filed with the Court on or about **June 30, 2020 as Document 24**.

Respectfully submitted,


**/s/Rebecca A. Solarz**
Rebecca A. Solarz, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106


September 28, 2020