IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: WAYNE R. HAMMOND | : Case No. 20-11562-elf |
| JENNIFER L. HAMMOND | : Chapter 13 |

## **CERTIFICATION OF NO RESPONSE**

I, John M. Kenney, Esquire, attorney for Debtors, Wayne R. Hammond and Jennifer L. Hammond, hereby certify that as of this 18th day of June, 2021, there has been no response or answer regarding the Application for Compensation dated and served May 27, 2021. It is respectfully requested that the attached proposed Order of Court be presented to the Honorable Eric L. Frank as UNCONTESTED.

I certify under penalty that the foregoing is true and correct.


Date: June 18, 2021                    s/ John M. Kenney_____
**John M. Kenney, Esquire**
308 N. Oxford Valley Road
Fairless Hills, PA  19030
(215)547-3031