United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  Case No. 20-11562-djb
Wayne R. Hammond  Chapter 13
Jennifer L. Hammond
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 2
Date Rcvd: Mar 17, 2025  Form ID: 138OBJ  Total Noticed: 16

The following symbols are used throughout this certificate:
**Symbol**  **Definition**
+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Wayne R. Hammond, Jennifer L. Hammond, 3748 Cedar Crest Road, Bensalem, PA 19020-1409 |
| 14493941 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, CO Rebecca A Solarz, Esquire, KML Law Group, 701 Market Street Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 18 2025 00:53:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 18 2025 00:42:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14482582 | | Email/Text: caineweiner@ebn.phinsolutions.com | Mar 18 2025 00:41:51 | Caine Weiner, Po Box 5010, Woodland Hills, CA 91365 |
| 14482583 | + | Email/Text: bankruptcy@cavps.com | Mar 18 2025 00:42:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 14483781 | + | Email/Text: bankruptcy@cavps.com | Mar 18 2025 00:53:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14482584 | + | Email/Text: bankruptcy.notices@hdfsi.com | Mar 18 2025 00:53:00 | Esb/harley Davidson Cr, Po Box 21829, Carson City, NV 89721-1829 |
| 14505002 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Mar 18 2025 00:41:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14482585 | ^ | MEBN | Mar 18 2025 00:33:08 | KML Law Group PC, 701 Market Street, Suite 5000 BNY Mellon Independence Ctr, Philadelphia, PA 19106-1538 |
| 14482586 | + | Email/Text: bankruptcydpt@mcmcg.com | Mar 18 2025 00:42:00 | Midland Funding, 2365 Northside Dr Ste 30, San Diego, CA 92108-2710 |
| 14482587 | + | Email/Text: blegal@phfa.org | Mar 18 2025 00:42:00 | Pa Housing Finance Age, 2101 N Front St, Harrisburg, PA 17110-1086 |
| 14504524 | + | Email/Text: blegal@phfa.org | Mar 18 2025 00:42:00 | Pennsylvania Housing Finance Agency, 211 N. Front Street, Harrisburg, PA 17101-1406 |
| 14482588 | + | Email/Text: bankruptcy@savit.com | Mar 18 2025 00:53:00 | Sa-vit Collection Agen, 46 W Ferris St, East Brunswick, NJ 08816-2159 |
| 14620211 | ^ | MEBN | Mar 18 2025 00:33:23 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14482589 | + | Email/Text: bnc-thebureaus@quantum3group.com | | |

Case 20-11562-djb   Doc 79   Filed 03/19/25   Entered 03/20/25 00:35:16   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Mar 17, 2025 | Form ID: 138OBJ | Total Noticed: 16 |

| | Mar 18 2025 00:41:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2025          Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JOHN M. KENNEY | on behalf of Debtor Wayne R. Hammond jken330@comcast.net Kathy@jkenneylaw.com |
| JOHN M. KENNEY | on behalf of Joint Debtor Jennifer L. Hammond jken330@comcast.net Kathy@jkenneylaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

Form 138OBJ (6/24)−doc 78 − 75

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: )
   Wayne R. Hammond ) Case No. 20−11562−djb
)
)
   Jennifer L. Hammond ) Chapter: 13
)
   Debtor(s). )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

        Eastern District of Pennsylvania
        900 Market Street
        Suite 400
        Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

Date: March 17, 2025                       For The Court

                                                                           Timothy B. McGrath
                                                                          Clerk of Court